**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA

VS.                                        4:06CR00005 JLH/JTR

DAVID GOBER

## ORDER

Pending before the Court[1] is Defendant's Motion for Detention Hearing. (Docket entry #24.) For the reasons set forth herein, the Motion will be denied.

On July 6, 2006, the Court entered an Order (docket entry #18) detaining Defendant and revoking his conditions of release set on January 17, 2006. (Docket entry #7.) Among other things, Defendant admitted to multiple uses of methamphetamine while on pretrial release, a number of which were *after* Defendant began outpatient drug treatment. Defendant repeatedly denied usage to his Pretrial Services Officer despite positive tests. Moreover, Defendant refused inpatient drug treatment that was initially offered to him, and later attempted to evade a drug test by using a device to substitute a third-party's urine for his own. Although during the revocation Defendant ultimately requested inpatient treatment (in lieu of detention), the Court found that Defendant's conduct strongly suggested that his sole motive was to avoid incarceration, and that he was unlikely to benefit from inpatient drug treatment.

Beyond Defendant's bare request for a hearing to determine whether he should continue to be detained, he does not articulate any change of conditions warranting his release. Accordingly, Defendant's Motion will be denied.

---

[1] The Honorable J. Leon Holmes, United States District Judge, referred Defendant's Motion to this Court for disposition. (Docket entry #25.)

IT IS THEREFORE ORDERED THAT Defendant's Motion for Detention Hearing (docket entry #24) is DENIED.

DATED this 31st day of August, 2006.

                                                                                  _____
                                                                                 UNITED STATES MAGISTRATE JUDGE